**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00206-CV

### DONAL R. SCHMIDT, JR, ET AL, Appellants

### V.

### COLIN RICHARDSON, ET AL, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-06318

## ORDER

We **GRANT** the February 27, 2013 motion filed by Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. We **ORDER** the reporter's record tendered to this Court on February 27, 2013 filed as of that date.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE